# Court of Appeals
# of the State of Georgia

ATLANTA, ___August 29, 2024___

*The Court of Appeals hereby passes the following order:*

**A24A1360. VIRGIL HARRIS v. PINE TREE CONDOMINIUM ASSOCIATION, INC.**

Pine Tree Condominium Association, Inc., filed a complaint for dispossessory against Virgil Harris in Fulton County State Court. On March 13, 2024, the state court entered a final order and writ of possession in favor of Pine Tree. Harris then filed this appeal. Pine Tree has now filed a "Suggestion of Bankruptcy" asserting that because it has filed a Chapter 11 bankruptcy petition, "this action is automatically stayed [under] 11 USC § 362 (a)."

The appellate courts of Georgia are constitutionally required to dispose of every case at the term of court for which it is entered on the court's dockets for hearing or at the next term of court.[1] Consequently, this Court does not have the power to stay a case.[2] We therefore REMAND this case to the trial court until the stay of proceedings is lifted. At that time, Harris may re-institute his appeal by filing a new notice of appeal in the trial court within seven days of the date of the entry of the order in the bankruptcy court lifting the stay.[3]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___08/29/2024___*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] See 1983 Ga. Const., Art. VI, Sec. IX, Para. II.

[2] See *Boardman v. Brenninkmeijer*, 328 Ga. App. 882 (763 SE2d 267) (2014).

[3] See OCGA § 44-7-56; *DCA Architects v. American Bldg. Consultants*, 203 Ga. App. 598, 598-600 (1) (417 SE2d 386) (1992).